# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CARLINO,<br><br>                Plaintiff,<br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION OF USA, WASHINGTON MUTUAL,<br><br>                Defendants. | CASE NO. 08CV0996-LAB (AJB)<br><br>**ORDER OF REFERENCE** |

In accordance with 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(c)(1)(c), **IT IS HEREBY ORDERED** all matters arising out of this social security appeal, including the Request to Appoint Counsel [Doc. #3] and Motion to Proceed In Forma Pauperis [Doc. #2], are referred to United States Magistrate Judge Anthony J. Battaglia for a Report and Recommendation on the disposition of the case. The parties are instructed to contact Magistrate Judge Battaglia's chambers with respect to all scheduling, hearing, or other issues.

    **IT IS SO ORDERED**.

DATED: 6-10-08

                                              */s/ Larry A. Burns*
                                      **HONORABLE LARRY ALAN BURNS**
                                      United States District Judge