# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CARLINO,<br><br>                Plaintiff,<br>vs.<br>SOCIAL SECURITY ADMINISTRATION; WASHINGTON MUTUAL,<br><br>                Defendant. | CASE NO. 08-CV-0996 H (AJB)<br><br>**ORDER WITHDRAWING ORDER OF REFERENCE** |

      On June 4, 2008, plaintiff Joseph Carlino filed a complaint against the Social Security Administration and Washington Mutual. (Doc. No. 1.) Plaintiff's complaint alleges that defendants conspired to deny Plaintiff the right to designate Wells Fargo Bank as recipient of Plaintiff's monthly disability award. (Id.) The case initially was assigned to District Judge Larry A. Burns. (See Doc. No. 4.) On June 10, 2008, Judge Burns issued an order referring all matters in this case, including Plaintiff's motion for leave to proceed in forma pauperis and motion to appoint counsel, see Doc. Nos. 2-3, to the magistrate judge. (Doc. No. 5.)

      On June 30, 2008, this case was transferred to District Judge Marilyn L. Huff pursuant to the Court's low number rule. (Doc. No. 6.) The Court concludes that the district judge will handle all matters in this case except those referred to the magistrate

judge by the Court's local rules. Accordingly, the Court withdraws the order of reference.

IT IS SO ORDERED.

DATED: July 10, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.